# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| P&G AUDITORS AND CONSULTANTS, LLC d/b/a P&G ASSOCIATES | Plaintiff, |
| **-v-** | |
| MEGA INTERNATIONAL COMMERCIAL BANK CO., LTD. | Defendant. |

Case No. 18-9232

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

P&G AUDITORS AND CONSULTANTS, LLC         (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

(NONE)

**Date:** October 8, 2018

_____
**Signature of Attorney**

**Attorney Bar Code:** ca8347