UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

P&G AUDITORS AND
CONSULTANTS, LLC, *d/b/a P&G
Associates*,

                Plaintiff,

-v-

MEGA INTERNATIONAL
COMMERCIAL BANK CO., LTD.,

                Defendant.

18-CV-9232 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    Without prejudice to the authority of the Court to order parties to produce documents for *in camera* inspection, and in the interest of conserving judicial resources and deferring to agency expertise, Defendant's motion to stay the part of the May 15, 2020, Order regarding the production of materials withheld as confidential supervisory information is granted. Plaintiff may seek review of these materials through the appropriate administrative procedures, and Defendant is instructed to cooperate fully with Plaintiff and the appropriate agencies to facilitate Plaintiff's exercise of its administrative remedies. Plaintiff's motion to extend the time to complete discovery to February 5, 2021, is also granted. Plaintiff shall file a status letter regarding the agencies' review on or before September 15, 2020.

    The Clerk of Court is directed to close the motions at Docket Numbers 43, 47, and 49.

    SO ORDERED.

Dated: August 20, 2020
       New York, New York

                                          _____
                                             J. PAUL OETKEN
                                           United States District Judge