UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

P&G AUDITORS AND
CONSULTANTS, LLC, *d/b/a P&G
Associates*,

                   Plaintiff,

-v-

MEGA INTERNATIONAL
COMMERCIAL BANK CO., LTD.,

                   Defendant.

18-CV-9232 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

      In its September 15, 2020 status letter, Plaintiff contended that Defendant had yet to "provide[] any documents" to the pertinent agencies tasked with identifying confidential supervisory information ("CSI"). (Dkt. No. 52 at 2.) Defendant's separate status letter, dated September 30, 2020, did not rebut Plaintiff's contention. (*See generally* Dkt. No. 54.) Recalling its August 20, 2020 Order directing Defendant "to cooperate fully with Plaintiff and the appropriate agencies," and mindful of the fact that discovery is set to close on February 5, 2021, (Dkt. No. 51), the Court directs Defendant to produce all responsive documents that Defendants believe contain CSI to the pertinent agencies no later than November 6, 2020. The parties shall file a joint status letter regarding the agencies' review on or before November 20, 2020.

      SO ORDERED.

Dated: October 26, 2020
      New York, New York

                                               _____
                                                     J. PAUL OETKEN
                                            United States District Judge