UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

P&G AUDITORS AND
CONSULTANTS, LLC, *d/b/a P&G
Associates*,

                     Plaintiff,

-v-

MEGA INTERNATIONAL
COMMERCIAL BANK CO., LTD.,

                     Defendant.

18-CV-9232 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within 45 days after the date of this Order.

    The letter motion at Docket Number 56 is denied as moot (without prejudice to renewal in the event that the settlement is not consummated and the case is reopened).

    All filing deadlines and conference dates are adjourned *sine die*.

    The Clerk of Court is directed to terminate the motion at Docket Number 56 and to mark this case as closed.

    SO ORDERED.

Dated: November 16, 2020
       New York, New York

                                                 J. PAUL OETKEN
                                                 United States District Judge